**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alvaro MONTES–CARDENAS, a.k.a. Tomas Carrillo–Beltran, Defendant–Appellant.**

**No. 13–50568.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 16, 2014.

Jonathan Adam Alexander, Special Assistant U.S., Jean–Claude Andre, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Alvaro Montes–Cardenas, Pecos, TX, pro se.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Alvaro Montes–Cardenas appeals from the district court's judgment and challenges the 64–month sentence imposed following his guilty-plea conviction for conspiracy to distribute marijuana, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B)(vii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Montes–Cardenas's counsel has filed a brief stating that there are no grounds for

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

relief, along with a motion to withdraw as counsel of record. We have provided Montes–Cardenas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Montes–Cardenas waived the right to appeal five specified issues related to his sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to any sentencing issues outside the scope of the appeal waiver. We, therefore, affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waiver. *See United States v. Watson,* 582 F.3d 974, 988 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.